UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



WINSTON WEBSTER
(DOC #467359)

VERSUS

LYNN COOPER, ET AL

CIVIL ACTION

NO. 07-601-A

## JUDGMENT

For written reasons assigned and filed herein (doc. 16);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's application for habeas corpus relief is hereby DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, April 3, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA